# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2018

153696(57)(58)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DAVID ALLEN SNYDER,
       Defendant-Appellant.

SC: 153696
COA: 325449
Gratiot CC: 14-007061-FH

_____/

    On order of the Court, the motion for immediate consideration is GRANTED. The motion to hold the case in abeyance is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2018



Clerk

a0918